UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SUSAN GALLOWAY and LINDA STEPHENS,<br><br>_Plaintiffs_,<br><br>v.<br><br>TOWN OF GREECE and JOHN AUBERGER, in his official capacity as Town of Greece Supervisor,<br><br>_Defendants_. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Case No. _____ |

## **COMPLAINT**

### **Introduction**

1.    The Greece Town Board has a longstanding practice of inviting clergy to open the Board's monthly meetings with a prayer. Over the past four years, every clergymember but one who delivered a "Moment of Prayer" has been Christian. The Board has neither suggested nor required that prayer-givers present inclusive, nonsectarian entreaties. As a result, the vast majority of prayers during the past four years have been explicitly Christian in content.

2.    By sponsoring persistently sectarian — and almost exclusively Christian — prayers, the Town Board has publicly aligned itself with a single faith. In so doing, the Board sends the message to non-Christians that they are unwelcome at Board meetings and that the Board does not represent non-Christians' concerns.

3.      Making non-Christians second-class citizens in the body politic runs afoul of the United States Constitution.  Accordingly, Plaintiffs seek, through the filing of this lawsuit, to ensure that Defendants cease employing sectarian practices in the context of Town Board meetings.

**Jurisdiction and Venue**

4.      This Court has subject-matter jurisdiction under 28 U.S.C. §§ 1331 and 1343.

5.      This Court has the authority to grant declaratory relief under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202.

6.      Venue is proper in this Court under 28 U.S.C. § 1391(b).

**Parties**

7.      Plaintiff Susan Galloway is a citizen of New York and has resided in Greece since 2000, and in the greater-Rochester area for 30 years.  Ms. Galloway serves as a therapeutic-recreation specialist and works in a nursing home with elderly residents who suffer from dementia.  She serves on the advisory board of Edu-Cable (a local public-access channel) and has volunteered at the Webster Avenue Family Resource Center and Rochester Family Resource Network.  Ms. Galloway has attended numerous Town Board meetings in the past (beginning in 2005 when a friend ran for a position on the Board) — including meetings on January 16, 2007, September 18, 2007, and October 16, 2007, all of which featured a sectarian opening prayer.  And Ms. Galloway plans to attend future Town Board meetings.  She is Jewish, and objects to, is offended by, and feels unwelcome at Board meetings because of, the Town Board's alignment with Christianity through the Board's persistent presentation of Christian prayers.

8.      Plaintiff Linda Stephens is a citizen of New York and has resided in the Town of Greece since 1970.  Ms. Stephens, now retired, worked as a library media specialist at the Webster

Central School District; her husband served as a detective in the Town of Greece Police Department. Ms. Stephens has served as a volunteer at the Greece Central School District; a reading tutor; and a board member of People for Parks, an advocacy group for parks in Monroe County. She has attended numerous Town Board meetings in the past (beginning in 2001 when she was concerned about a "Frisbee golf" course that had been erected in a local park) — including the September 18, 2007, November 20, 2007, and January 15, 2008, Town Board meetings, all of which were opened with sectarian prayers. And she plans to attend future Town Board meetings. She is an atheist, and objects to, is offended by, and feels unwelcome at Board meetings because of, the Town Board's alignment with Christianity through the Board's persistent presentation of Christian prayers.

9.      Defendant Town of Greece is a municipal corporation in Monroe County subject to the jurisdiction and venue of this Court.

10.     The Greece Town Board is statutorily vested with "all the powers" of the Town of Greece. N.Y. TOWN LAW § 60 (McKinney 2007). According to Greece's website, the "Town Board is the most important part of Town Government." "About Our Town," Town of Greece Website, *available at* http://townofgreece.org/AboutOurTown/ (follow "Town Boards" hyperlink) (last visited Dec. 7, 2006).

11.     Defendant John Auberger is Supervisor of the Town of Greece and has held that position since January 1998. Supervisor Auberger officiates at Town Board meetings and introduces the invited prayer-giver at each meeting. He is being sued in his official capacity.

**Background Facts**

A.     **Overview of Prayer Practice**

12.     The Town Board typically meets on the third Tuesday of each month at 6 p.m. in the Eastman Room of the Greece Town Hall.  The meetings are free and open to the public.  Children, often as part of a scout troop, sometimes attend the meetings.  The Town Board meetings are recorded and broadcast in full on the Town's local public-access channel.

13.     Defendant Auberger assumed the office of Supervisor in 1998.  Although his predecessor, Fred Eckert, had maintained a practice of beginning Town Board meetings with a moment of silence, Auberger replaced the moment of silence with a "Moment of Prayer" delivered by an invited clergymember.

14.     Although there is no written "policy regarding presentation of prayers at Town Board meetings" (Letter from Patricia W. Anthony, Town Clerk, to Aram Schvey, Oct. 29, 2007 (attached as Ex. A)), the "Moment of Prayer" is an official part of every Town Board meeting and is listed in the official Board minutes.  *See* Greece Town Board Minutes of January 3, 2006, and January 2, 2007.  The Board has voted to make the "Moment of Prayer" the third order of business at every meeting, following roll call and the Pledge of Allegiance.  *See id.*

15.     Each Town Board meeting begins with a call to order by Supervisor Auberger.  The Town Clerk notes the attendance of the supervisor and the four councilmen.  Supervisor Auberger asks all present to rise for the Pledge of Allegiance.  He then calls upon one of the councilmen, or, on occasion, a member of the audience, to lead the Town Board and audience members in a recitation of the Pledge of the Allegiance.  The Town Board members rise and turn to face the United States and New York State flags behind them for the Pledge.

4

16.    After the recitation of the Pledge of Allegiance, the Town Board and audience members return to their seats, and Supervisor Auberger calls upon the invited clergymember to deliver the prayer.  The clergymember stands at a dais in front of the Town Board.  The dais is decorated with the Town of Greece's official seal.  While reciting the prayer, the prayer-giver faces the audience, with his back toward the Board members.  Supervisor Auberger and the Town Board members usually bow their heads during the prayers.

**B.**    **The Selection of Prayer-Givers**

17.    Defendants have favored and preferred Christian Clergy in selecting prayer-givers. The Town maintains a list of prayer-givers from which it draws clergy invitees.  The list consists of 37 clergymembers from 35 congregations, all of which are Christian.  *See* Ex. B.

18.    As described by Supervisor Auberger in a letter dated June 20, 2007, the Board's practice is to compile its list of prayer-givers by using "a list provided in the *Greece Post*."  Letter from John T. Auberger, Supervisor, to Scott A. Forsyth, June 20, 2007 (attached as Ex. C).

19.    The *Greece Post*'s Religious Services Directory referenced in Auberger's letter includes various Christian denominations and a Bahá'í group.  *See, e.g., Religious Services Directory*, GREECE POST, Oct. 11, 2007, at 4B-5B (attached as Ex. D).  The Town's list of prayer-givers omits the Bahá'í group.  *See* Ex. B.  It also omits other faith-based groups in Greece, such as the Vietnamese Buddhist Association, located on Lowden Point Road.

20.    Greece's population, which in 2000 stood at 94,141 (*see* "About Our Town," Town of Greece Website, *available at* http://townofgreece.org/AboutOurTown/ (follow "A Bit of Town History" hyperlink) (last visited Dec. 7, 2006)), includes residents who are Jewish, Muslim, Buddhist, Pagan, and Bahá'í, as well as those who subscribe to no faith at all.  But the Town Board's

5

list of prayer-givers does not include a single non-Christian (or any representatives of any non-religious belief systems).

21.     Plaintiffs' counsel have thus far obtained video recordings of the prayers presented at 44 of the approximately 50 Town Board meetings held between January 2004 and February 2008. All but one of those 44 prayers were led by a Christian clergymember. The single exception is the prayer that took place at the January 15, 2008, Town Board meeting, for which the Board broke with its longstanding tradition of inviting only Christian clergy by inviting a Jewish layperson to deliver the prayer. At the next meeting, held in February 2008, the Town Board resumed its practice of having a Christian clergymember lead the prayer.

**C.     The Town Board's Sectarian Prayers**

22.     The Town provides invited clergy with neither guidelines nor limitations on the content of the prayers. Letter from Patricia W. Anthony, Town Clerk, to Aram Schvey, Oct. 29, 2007 (attached as Ex. A). Supervisor Auberger has explained that "The Town does not control the content of the prayers given, nor does it place restrictions or guidelines on these prayers." Letter from John T. Auberger, Supervisor, to Scott A. Forsyth, June 20, 2007 (attached as Ex. C).

23.     Counsel have obtained and reviewed video recordings of forty-four "Moments of Prayer": twelve prayers from 2004, eleven prayers from 2005, ten prayers from 2006, nine prayers from 2007, and two prayers from 2008. Of those 44 prayers, the vast majority — 35 of the 44 — were sectarian, including eight of the nine 2007 prayers, and both 2008 prayers.

*The 2004 Prayers*

24.     Eight of the twelve prayers delivered in 2004 were explicitly Christian.

6

25.    On March 16, 2004, the Reverend Larry Way of First Bible Baptist Church offered a prayer thanking God for living "in a town where there's a supervisor and councilmen that are God-fearing people." He concluded his prayer, "In Christ's name I pray. Amen." Supervisor Auberger responded, "Amen."

26.    On April 20, 2004, the Reverend Barry Lawrence of West Side Baptist Church concluded his prayer, "In Jesus' name, Amen." Supervisor Auberger responded, "Amen."

27.    On May 18, 2004, the Reverend David Linn of the English Road Alliance Church recited a prayer that concluded, "We ask these things in Jesus' name. Amen." Supervisor Auberger responded, "Amen."

28.    On June 15, 2004, Father Alex Bradshaw of Our Mother of Sorrows Church presented a prayer that included the following:

> We acknowledge the role of the Holy Spirit in our lives; while there is a variety of gifts there is always one and the same spirit working in different ways in different people. The particular way in which the spirit is given to each person is for a good purpose. We pray this evening for the guidance of the Holy Spirit as the Town of Greece Board meets.

29.    The "Holy Spirit" is "the third part of the Christian Trinity." MERRIAM-WEBSTER'S DICTIONARY (online ed.), *available at* http://www.m-w.com/dictionary/holy%20spirit (last visited Dec. 11, 2007).

30.    On August 17, 2004, Pastor Vince de Paola of the Lakeshore Community Church recited a prayer that included the following:

> I just want to begin with just a brief reminder that as much as, as hard as [members of the Town Board] work, we thank you for serving us, and Scripture talks about how even Jesus Christ came not to be served but to serve and give his life for people, and I thank you that while you didn't go to the Cross, and we don't expect you to, that

you do in many ways make tremendous sacrifices for our community, so you and the entire representatives here, I'm just thankful for all of the service you offer.

Pastor de Paola concluded: "We ask this through Jesus' name."

31.    On September 21, 2004, the Reverend Patrick Medeiros of the Greece Assembly of God Church concluded his prayer, "In Christ's name we pray. Amen." Supervisor Auberger responded, "Amen."

32.    On November 16, 2004, Father Frank Falletta of St. Lawrence Church delivered the "Moment of Prayer." Supervisor Auberger introduced him, saying, "We now have Father Frank Falletta from St. Lawrence Church — my pastor, and pastor for [Town Board member] Rick Antelli, also — come forward for our prayer."

33.    Father Falletta prayed that the Town Board members would "always act in accordance with [God's] will." He then recited Numbers 6:24-26: "The Lord bless you and keep you; the Lord let his face shine upon you, and be gracious to you; the Lord look upon you kindly, and give you peace. Amen." Supervisor Auberger replied, "Amen." This benediction is an important part of the Christian and Jewish liturgy, and is recited at momentous events, such as the Easter holiday.

34.    On December 21, 2004, Father Alex Bradshaw of Our Mother of Sorrows Church recited a prayer that included the following:

> Let us pray. Lord God of all creation, we give thanks and praise for your presence and your action in the world. We look with anticipation to the celebration of Christmas and the birth of Jesus Christ. The message of Christmas is one of peace. Peace on Earth to people of good will.
>
> . . .
>
> We acknowledge the role of the Holy Spirit in our lives. . . . We pray this evening for the guidance of the Holy Spirit as the Town Board of Greece meets.

8

35.     The prayers at the January, February, July, and October 2004 meetings were delivered by Christian clergy, but were nonsectarian.

***The 2005 Prayers***

36.     For 2005, eight of the eleven prayers reviewed by counsel were explicitly Christian.

37.     On January 18, 2005, the Reverend David Linn of the English Road Alliance Church concluded his prayer with: "In Jesus' name, amen." Supervisor Auberger responded, "Amen."

38.     On February 15, 2005, the Reverend Steve Matson of Westside Baptist Church told the Town Board members that "God is sovereign and has placed you men and women as leaders in this community, and as such, we should look to Him for His guidance; you have a heavy responsibility, and he holds you accountable." The Reverend Matson prayed for the town to "flourish because it reflects the Kingdom of God," and concluded his prayer, "For I pray in the name of Your son, Jesus Christ. Amen." Supervisor Auberger responded, "Amen."

39.     On March 15, 2005, Father Alex Bradshaw of Our Mother of Sorrows Church offered a prayer that included the following:

> Let us pray. Lord, God of all creation, we give you praise for your presence and action in the world. We look with anticipation to the celebration of Holy Week and Easter. It is in the solemn events of next week that we find the very heart and center of our Christian faith. We acknowledge the saving sacrifice of Jesus Christ on the cross. We draw strength, vitality, and confidence from his resurrection at Easter. Jesus Christ, who took away the sins of the world, destroyed our death, through his dying and in his rising, he has restored our life. Blessed are you, who has raised up the Lord Jesus, you who will raise us, in our turn, and put us by His side.
>
> May this season of the year, of Good Friday, followed by the joy of Easter, be a time of hope for the future. We acknowledge the role of the Holy Spirit in our lives. That while there is a variety of gifts, there is always one and the same spirit, working in different ways in different people. The particular way in which the spirit is given to each person is always for a good purpose. So we pray this evening for the guidance of the Holy Spirit as the Greece Town Board meets.

9

Boy Scout Troop 240 was in attendance at this meeting.

40.     On April 19, 2005, the Reverend David Linn of the English Road Alliance Church presented a prayer in which he thanked the "Heavenly Father" for the "amazing abundance of blessings that we have," and concluded, "And I pray this all in Jesus' name."

41.     On June 21, 2005, the Reverend Steve Matson of Westside Baptist Church began his prayer by saying, "This may not be church, but we're gonna pray anyway." He then turned to face Supervisor Auberger, who answered, "Right." Both men laughed. The Reverend Matson then offered a prayer that included the following:

> Let's pray. Father, we acknowledge that all authority and power resides [sic] in you. So as we come before you this evening, I pray for the men and women who sit behind me. I pray that they would acknowledge that you are the supreme ruler of all and that any authority they have, any rulership they have, is granted to them by you, by your sovereign will. I pray that that would humble them, that they are to be about your work, as under-rulers, to carry out; as you instructed us to pray, "your will be done on earth as it is in heaven.

The Reverend Matson concluded his prayer, "We pray it in your name, Jesus. Amen." Auberger responded, "Amen."

42.     On July 19, 2005, Pastor Larry Stojkovic of Hope Lutheran Church concluded his prayer, "we pray this in the mighty name of Jesus. Amen." Supervisor Auberger responded, "Amen."

43.     On September 20, 2005, Pastor Robert Chappell, of the Calvary Chapel Church of Greece offered a prayer that included the following:

> [Holding up Bible] I want to just pray a prayer that Solomon prayed. He said, "Lord, give me an understanding heart that I might discern between good and bad for the people that we're making decisions for, that he's governing." So we'll pray that prayer, and ask the Lord, it seems to be a good one, God honored it and blessed it with Solomon, and we'll pray for our governing board of the town.

10

He concluded his prayer, "In Jesus' name we pray."

44.    On December 20, 2005, Pastor Robert Chappell of the Calvary Chapel Church of

Greece gave the following prayer:

> What a special time of the year and a blessing to be able to do this. I'm so thankful
> for our community and those that serve here. We've been blessed with a peaceful
> community — God's blessed us tremendously and so, it reminds me of just one verse
> in the Bible about our Lord's coming, about the birth of Christ, which is
> commemorative of now. "For unto us a child is born; unto us a son is given. And
> the government shall be upon his shoulder, and his name shall be called wonderful,
> counselor, the mighty God, the everlasting father, and the Prince of Peace." And
> we've enjoyed these blessings in our community, so let's thank Him. Father, we
> thank you for these blessings that you've given us and bestowed on us and Lord,
> blessing us with these men and women that have governed us. We pray that you
> continue your blessing on them. Bless their homes and their families, and we thank
> you that it's all because of what you've done and your son Jesus and sending him to
> be the Prince of Peace. And we pray for that peace upon our community. In Jesus'
> name. Amen.

Supervisor Auberger responded, "Amen."

45.    The prayers at the August, October, and November 2005 meetings were delivered by

Christian clergy, but were nonsectarian. Counsel have been unable to obtain a recording of the

prayer at the May 2005 meeting.

### The 2006 Prayers

46.    For 2006, nine of the ten prayers that were reviewed by Plaintiffs' counsel were

sectarian.

47.    On January 17, 2006, Father John Corning of St. John the Evangelist Church began

his prayer as follows:

> I'll start with just a word of scripture, from St. Paul's addresses to one of his
> communities, it's also appropriate for any group of people who gather together.
> "Clothe yourselves with heartfelt mercy. With kindness, humility, meekness, and
> patience. Bear with one another, forgive whatever grievances you have against one

11

another. Forgive as the Lord has forgiven you. And over all of these virtues put on love, which binds the rest together, and makes them perfect."

The quotation is from Colossians 3:12-14, in which Paul urges conversion to Christianity. Father Corning concluded his prayer, "We ask this in Christ's name. Amen." Supervisor Auberger responded, "Amen."

48.    On March 21, 2006, the Reverend Tim Bush of Lakeview Community Church concluded his prayer, "This we pray in Jesus' name. Amen." Supervisor Auberger answered, "Amen."

49.    On April 18, 2006, Pastor George Grace of the First Bible Baptist Church began his opening prayer by reading directly from the Bible, 1 Peter 2:13-16:

> Submit yourselves to every ordinance of man, for the Lord's sake. Whether it be to the king as supreme, or unto governors, as unto them that are sent by Him, for the punishment of evildoers, and for the praise of them that do well. For so is the will of God that with welldoing, ye may put to silence the ignorance of foolish men. As free and not using your liberty for a cloak of maliciousness, but as the servants of God. Honor all men, love the brotherhood, fear God, honor the king.

Pastor Grace concluded his prayer, "In Jesus' name we pray. Amen." Supervisor Auberger replied, "Amen."

50.    On May 16, 2006, the Reverend Richard Barber of the Messiah Lutheran Church concluded his prayer with the following: "Respectful of every religious tradition, I offer this prayer in the name of God's only son, Jesus Christ, the Lord. Amen."

51.    On June 20, 2006, Pastor Kevin Kisler of the Covenant Orthodox Presbyterian Church offered the following prayer:

> Shall we pray? [Pastor Kisler spreads his arms apart.] Almighty and everlasting God — father, son, and Holy Spirit — it is with a due sense of reverence and awe that we come before you this evening seeking your blessing upon this gathering.

Lord, you are a mighty and awesome God, the ruler of the nations, the king of the earth, and all authority, whether wielded in state, or in home, or in church, is derived from you as a stewardship. We ask, oh Lord, that those who render decisions this evening would do so with a due sense of responsibility, seeking that which is good and right for those over whom they govern. You are also a wise God, oh Lord, as seen in the world around us, and as evidenced even in the plan of redemption that is fulfilled in Jesus Christ. We ask that you would give freely and abundantly wisdom to one and to all this evening once again, to render those decisions that are equitable and fair and are beneficial to this community. You are a loving and benevolent God, a good god as well, and so we would ask, oh God, that you would lead one and all to have a spirit of peace and unity to seek that which is good and loving and kind. We ask these things in the name of the Lord and Savior Jesus Christ, who lives with you and the Holy Spirit, one God for ever and ever. Amen.

Supervisor Auberger replied, "Amen."

52.     On September 19, 2006, the Reverend Frank Falletta of St. Lawrence Church gave the opening prayer. Supervisor Auberger introduced him, saying, "At this time, I'd like to ask to come to the podium, my pastor, and also the pastor of Councilman Antelli's [sic], Rev. Father Frank Falletta, from St. Lawrence Church. Father, welcome."

53.     Father Falletta's prayer included a recitation of Numbers 6:24-26: "The Lord bless you and keep you, the Lord let his face shine upon you, and be gracious to you, the Lord look upon you kindly, and give you peace. Amen." Supervisor Auberger responded, "Amen."

54.     On October 17, 2006, Pastor Brent Carl of the Lakeshore Community Church, concluded his prayer, "I ask these things in Jesus' name. Amen." Supervisor Auberger replied, "Amen."

55.     On November 21, 2006, Pastor David Parker of the Trinity Church of the Nazarene recited a prayer that invoked "our Heavenly Father," and concluded, "Lord, we give you thanks, and we ask these things in Jesus' name. Amen." Supervisor Auberger responded, "Amen."

56.    On December 19, 2006, Father Alex Bradshaw of Our Mother of Sorrows Church recited the opening prayer. As he approached the dais, he turned to Supervisor Auberger and stated, "John, this would be a great day to take up collection for Our Mother of Sorrows Church." Auberger responded directly to the audience: "How about that? You all came for Father's sermon?"

57.    Father Bradshaw's prayer included the following:

Lord God of all creation, we give thanks and praise for your presence and your action in the world. We look with anticipation to the celebration of Christmas and the birth of Jesus Christ. The message of Christmas is one of peace. Peace on Earth to people of good will.

. . .

We acknowledge the role of the Holy Spirit in our lives, that while there is a variety of gifts, there is always one and the same spirit working in different ways in different people. The particular way that the spirit is given to each person, is given for a good purpose. We pray this evening for the guidance of the Holy Spirit as the Greece Town Board meets.

58.    The prayer at the August 2006 meeting was delivered by a Christian clergymember, but was nonsectarian. Counsel have been unable to obtain recordings of the February and July 2006 opening prayers.

***The 2007 Prayers***

59.    For 2007, eight of the nine prayers reviewed by Plaintiffs' counsel were sectarian.

60.    On January 16, 2007, Pastor Bob Brado of the First Bible Baptist Church recited a prayer that concluded with "We pray in Jesus' name, Amen." Auberger responded, "Amen."

61.    On March 20, 2007, Father John Forni of St. John the Evangelist Church recited the opening prayer at the Greece Town Board meeting. The first half of his remarks consisted of a biblical quotation from the Old Testament:

14

From Psalm 127: "If the Lord does not build the house, in vain do its builders labor. If the Lord does not watch over the city, in vain does the watchman keep vigil. In vain is your earlier rising; your going later to rest. You who toil for the bread you eat, when he pours gifts on his beloved while they slumber."

62.     On April 17, 2007, Bob Dyjack of the First Bible Baptist Church concluded his prayer, "We ask your wisdom, your guidance, and direction, in Jesus' name. Amen." Supervisor Auberger responded, "Amen."

63.     On June 19, 2007, the Reverend Patrick Medeiros of the Greece Assembly of God Church concluded his remarks, "Bless this night, bless this meeting, and we ask it in Christ's name, Amen."

64.     On August 21, 2007, Gary Pfeiffer of the MorningStar Christian Fellowship Church recited the opening prayer at the Greece Town Board meeting, which included the following:

The Holy Scripture calls this [inaudible] the king. We ask for great wisdom, diligently applied in all areas of discussion. Amidst the conversation and debate there can be a sense of what is right, what is just for everyone. You have entrusted to man the gift of governance, administration, and the setting of policies. But for that gift to operate effectively, with the result that at the end of the night, we see peace in the hearts of each of the servants [inaudible], and peace and prosperity for all of the residents. We thank You for making Greece a safe town and the best place to live. In the name of God almighty and his son Jesus Christ.

65.     On September 18, 2007, Father Alex Bradshaw of the Mother of Sorrows Church recited the opening prayer at the Greece Town Board meeting. His prayer included the following:

We acknowledge the role of the Holy Spirit in our lives, that while there is a variety of gifts, there is always one and the same spirit working in different ways in different people. The particular way in which the spirit is given to each person is for a good purpose.

We pray this evening for the guidance of the Holy Spirit as the Greece Town Board meets.

66.     After Father Bradshaw's prayer, Supervisor Auberger opened the floor to comments from Greece residents on any subject.  Plaintiff Susan Galloway made the following remark to the Town Board:

> I find that it is a promotion of religion when you have preachers come in here and say, "in Jesus Christ our Lord," [or], "in the Holy Spirit."  This is a diverse community.  There is [sic] not just Christians.  Yet in a number of meetings I have attended — this is not the first one — I have heard this.  Supposedly we are considered a secular country, and thus we should not have a mingling of church and state.  This is a board meeting of the Town of Greece, and by having this, you are promoting the Christian religion.  And I find it offensive, I find it irresponsible, and I find it intolerable.  And I hope this will be addressed because this is not okay to have Christian religion introduced into our town board.  There is a separation of church and state and it needs to be kept that way.

67.     On October 16, 2007, Pastor Vince de Paola of the Lakeshore Community Church recited the opening prayer at the Greece Town Board meeting.  His remarks included the following:

> You know that every session of Congress begins with a prayer by a paid pastor or paid minister whose salary has been paid by the taxpayer since 1777.  So lest we forget, this is not a new idea, and despite the objections of some, they are in the minority and they are ignorant of the history of our country.  So humbly, I'd like to thank you for letting me pray and if out of respect to God you're open to bowing, I would love to pray.
>
> Father in heaven, I want to thank you so much for the Town Board and all of the support agencies of this beautiful town of Greece.
>
> . . .
>
> So again, just govern this entire meeting, help it to be pleasing and effective, and we ask all this in Jesus Christ's name.  Amen.

Supervisor Auberger replied, "Amen."

68.     Following Pastor de Paola's prayer, Supervisor Auberger opened the floor to comments from Greece residents on any subject.  Plaintiff Susan Galloway made the following remark to the Town Board:

First of all, again, despite complaints about the prayer it continues to be a sectarian prayer instead of a nonsectarian [prayer]. And although the pastor said that this has been a part of our government, what he didn't say is that in Congress it is a . . . nonsectarian prayer, and not a sectarian prayer, which is a very different thing.

69.     On November 20, 2007, Pastor Tim Bush of the Lakeside Community Church concluded his prayer, "We pray this in Jesus' name, Amen." Supervisor Auberger replied, "Amen."

70.     The prayer at the July 2007 meeting was delivered by a Christian clergymember but was nonsectarian. Counsel have been unable to obtain recordings of the prayers presented at the February, May, and December 2007 meetings.

### The 2008 Prayers

71.     The prayer at the January 15, 2008, meeting, though led by David Chikovsky, a Jewish layperson, was explicitly sectarian, consisting entirely of an English translation of the *Baruch Sheamar* — a Jewish prayer drawn from the *Siddur*, the Jewish prayerbook. The *Baruch Sheamar*'s message of redemption through God alone — "Blessed is He who redeems and saves" — is specifically Jewish and irreconcilable with the Christian belief of redemption through Jesus Christ.

72.     On February 14, 2008, Bob Dyjack of the First Bible Baptist Church concluded his prayer with, "In Jesus' name. Amen." Auberger replied, "Amen."

**D.     Effect on the Community & Efforts to Resolve the Matter Without Litigation**

73.     The Town Board's selection of almost exclusively Christian prayer-givers and its persistent sponsorship of Christian prayer has engendered substantial controversy in the Greece community. *See, e.g.*, Colleen M. Farrell, *Library, Parks on Greece's Radar*, GREECE POST, Feb. 12, 2008, at 1A ("topic of public prayer [was] one of the most controversial before the town last year"); Colleen M. Farrell, *Issue of Public Prayer Resurfaces*, GREECE POST, Nov. 22, 2007, at 1A.

17

The Greece Post listed the controversy surrounding the Town Board's sectarian-prayer practice as one of the seven most significant news stories of 2007. *See* Colleen M. Farrell, *Greece's Top 7 in 2007*, GREECE POST, Dec. 31, 2007, *available at* http://www.mpnnow.com/towns/greece/x546804886 (last visited Jan. 3, 2007).

74.    On July 24, 2007, Americans United for Separation of Church and State (later retained by Plaintiffs as counsel) wrote a letter to members of the Greece Town Board. Letter from Aram A. Schvey to Greece Town Board members, July 24, 2007 (attached as Ex. E). In the letter, counsel explained that sectarian legislative prayers are unconstitutional, and requested that the Town Board take steps to ensure that future Town Board prayers are nonsectarian. Plaintiffs' counsel never received a response to that letter.

75.    On September 24, 2007, Plaintiffs Linda Stephens and Susan Galloway discussed their objections to the sectarian prayers at Town Board meetings with Town of Greece Deputy Supervisor Jeffrey McCann and Director of Constituent Services Kathryn Firkins. Deputy Supervisor McCann told Stephens and Galloway that the town was unwilling to change its policy permitting sectarian prayers. Director Firkins told Stephens and Galloway that if they objected to sectarian prayers, they were "free to leave" that portion of the meeting or "not listen" to the prayer.

**Claim for Relief**

**Establishment Clause Violation**

76.    Paragraphs 1 through 75 are incorporated as if fully set forth here.

77.    The Establishment Clause of the First Amendment to the U.S. Constitution provides that "Congress shall make no law respecting an establishment of religion." The Establishment

18

Clause applies with full force and effect to the acts of local officials under the Fourteenth Amendment's Due Process Clause.

78.     Defendants' practices of favoring Christian clergy and prayers at Town Board meetings have the purpose and effect of promoting, advancing, favoring, and endorsing the Christian religion, and have a coercive effect on children present at Town Board meetings.

79.     These practices convey the message that the Christian religion is favored or preferred by the Town over other religions and over nonreligion. The practices send the message to adherents of the Christian religion that they are political insiders, and simultaneously send the message to non-Christians that they are political outsiders.

### Prayer for Relief

80.     Paragraphs 1 through 79 above are incorporated as if fully set forth here.

81.     Supervisor Auberger has been personally involved in the adoption of the "Moment of Prayer" practice, and in all facets of its implementation.

82.     The practices of excluding non-Christians as prayer-givers and of sponsoring sectarian prayers at Town Board meetings constitute the custom and policy of the Town of Greece, thereby subjecting the Town to liability under 42 U.S.C. § 1983. *See Monell v. Dep't of Soc. Servs.*, 436 U.S. 658, 690 (1978).

83.     By violating the Establishment Clause as set forth above, Defendants have, under color of federal and state statutes, ordinances, regulations, policies, custom, or usage, deprived Plaintiffs of rights secured by the First and Fourteenth Amendments to the U.S. Constitution, entitling them to a remedy under 42 U.S.C. § 1983.

**A.    Declaratory Judgment**

84.    An actual controversy exists between the parties as to whether Defendants' prayer practices violate the Establishment Clause.  Plaintiffs respectfully request a declaratory judgment that Defendants' prayer practices violate the U.S. Constitution.

**B.    Injunction**

85.    Plaintiffs have no adequate remedy at law.  They therefore respectfully request a preliminary and permanent injunction ordering Defendants to refrain from employing sectarian practices in the context of Town Board meeting prayers.

**C.    Nominal Damages**

86.    Plaintiffs request nominal damages for past violations of their constitutional rights.

**D.    Attorneys' Fees and Costs**

87.    Plaintiffs further request an order awarding them the costs of this action including attorneys' fees, under 42 U.S.C. § 1988 and 28 U.S.C. § 2412.

**E.      Other Relief**

88.      Plaintiffs further request any other relief that the Court deems just and proper.

Respectfully submitted,

Ayesha N. Khan (*pro hac vice* motion pending)
Aram A. Schvey (*pro hac vice* motion pending)
AMERICANS UNITED FOR SEPARATION
    OF CHURCH AND STATE
518 C Street, NE
Washington, DC  20002
Tel:    (202) 466-3234
Fax:    (202) 466-2587
*akhan@au.org*
*schvey@au.org*

David Gerald Jay
69 Delaware Avenue, Suite 1103
Buffalo, NY  14202
Tel:    (716) 856-6300
Fax:    (716) 856-6100
*davidgjay@verizon.net*

*Attorneys for Plaintiffs*

Dated:  2-27-08

21

# Exhibit A



# FREEDOM OF INFORMATION REPLY

### Patricia W. Anthony, Town Clerk
### Public Access Officer

John T. Auberger, Supervisor

October 29, 2007

Americans United For Separation of Church and State
Attn:  Aram A. Schvey, Litigation Counsel
518 C Street, N.E.
Washington, DC  20002

      **Re:**    **Freedom of Information Request**

Dear Mr. Schvey:

    This responds to your letter, dated October 10, 2007, requesting the following records pertaining to prayers recited or offered at Greece Town Board meetings.

I.     All records pertaining to prayers recited or offered at Greece Town Board meetings, including, but not limited to, the following:

    (a)  No record of a policy regarding presentation of prayers at Town Board meetings exists.

    (b)  There is no record including correspondence provided to prayer-givers concerning the recitation of prayers at Town Board meetings.

    (c)  Attached is a list of names from which prayer-givers have been chosen, which includes the identity of past or future prayer-givers.  I will forward the Town Board minutes since January, 2006 to you electronically.

    (d)  The official record of the Town Board meetings are the minutes, which will be provided under I. (d). However, our local cable channel does videotape most of the meetings, and as a courtesy, usually provides the Town with a copy of the tape. I will make whatever tapes we have available for your review in our office.

    (e)  There are no records pertaining to the legality of the prayers at Town Board meetings, including any correspondence with federal, state or local government agencies.

II.     There are no records pertaining to prayers recited or offered at meetings of the Town of Greece's Planning Board, Zoning Board of Appeals, Environmental Board, or any other deliberative government body.

                         Very truly yours,

                         *Patricia W. Anthony*

                         Patricia W. Anthony
                         Town Clerk

Exhibit B

New list

| Title | FirstName | Mi | LastName | HouseNu | StreetName | Stre | PostalCity | ZipCod | Catego | PhoneNum | Company |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rev. | Patrick | | Medeiros | 750 | Long Pond | Rd | Rochester | 14612 | Church | 225-3880 | Greece Assembly of God |
| Rev. | Brad | | Blyth | 2285 | Latta | Rd | Rochester | 14612 | Church | 225-2020 | Latta Road Baptist |
| Rev. | Gary | | Tyman | 36 | Armstrong | Rd | Rochester | 14616 | Church | 865-0775 | Our Lady of Mercy Church |
| Rev. | Tim | | Brown | 3003 | Dewey | Ave | Rochester | 14616 | Church | 663-3230 | St. Charles Borromeo |
| Pasto | David | Bru Linn | | 595 | English | Rd | Rochester | 14616 | Church | 621-1899 | English Road Alliance |
| Rev. | James | | Boyd | 240 | McGuire | Rd | Rochester | 14616 | Church | 865-4621 | Northgate Bible Chapel |
| Rev. | Laverne | W. | Bates | 10 | Straub | Rd | Rochester | 14616 | Church | 865-1866 | Messiah Lutheran |
| Pasto | Jim | F. | Crowley | 349 | North | Ave | Rochester | 14626 | Church | 227-0990 | Park Ridge Free Methodist |
| Rev. | George | | Grace | 1039 | North | Rd | Rochester | 14626 | Church | 723-1400 | New Testament Christian |
| Rev. | Stephan | | Matson | 3955 | North Greece | Rd | Rochester | 14626 | Church | 225-3493 | First Bible Baptist |
| Rev. | Alexander | H. | Bradshaw | 5000 | Mt. Read | Blvd | Rochester | 14616 | Church | 865-5505 | West Side Baptist |
| Rev. | Frank | J. | Falleta | 1000 | Mt. Read | Blvd | Rochester | 14612 | Church | 663-5432 | Our Mother of Sorrows |
| Pasto | Albert | | | | North Greece | Rd | Rochester | 14626 | Church | 723-1350 | St. Lawrence |
| Rev. | Larry | | Stojkovic | 1301 | Vintage | Ln | Rochester | 14626 | Church | 225-4090 | Shepherd's Heart Christian |
| Pasto | Anne | | O'Connor | 4115 | Dewey | Ave | Rochester | 14616 | Church | 723-4673 | Hope Lutheran |
| Pasto | Linda | K | | 2009 | Dewey | Ave | Rochester | 14616 | Church | 663-3665 | Aldersgate United Methodist |
| Rev. | Gary David | | Gadell | 855 | Long Pond | Rd | Rochester | 14615 | Church | 663-0190 | Wesley United Methodist |
| Pasto | Robert | | Chappell | 85 | Kuhn | Rd | Rochester | 14612 | Church | 225-1690 | Trinity Church of the Nazarene |
| Be. | Frank Richard | | Armstrong | 1230 | Long Pond | Rd | Rochester | 14626 | Church | 225-6180 | Calvary Chapel |
| Pasto | Michele | | Benoit | 15 | St. Martin's | Way | Rochester | 14626 | Church | 225-6160 | Greece Baptist |
| Rev. | John | V. | Forni | 2400 | W. Ridge | Rd | Rochester | 14616 | Church | 621-4040 | Holy Name of Jesus |
| Rev. | Louis | | Sirianni | 54 | Kuhn | Rd | Rochester | 14626 | Church | 225-8980 | St. John The Evangelist |
| Rev. | Donald | B. | Hill | 3450 | W. Ridge | Rd | Rochester | 14612 | Church | 227-6824 | St. Mark's Church |
| Rev. | Mark | | Woeltge | 485 | Holmes | Rd | Rochester | 14626 | Church | 225-7848 | Trinity Episcopal |
| Rev. | Donald | D. | Turk | 1924 | Maiden | Ln | Rochester | 14626 | Church | 225-3969 | The Lutheran Church of Concord |
| Minist | Paul | | Mathis | 25 | Lawson | Rd | Rochester | 14626 | Church | 225-1880 | Greece United Methodist |
| Interi | Janis | | Fitzgerald | 3000 | Dewey | Ave | Rochester | 14616 | Church | 663-0413 | Lawson Road Church of Christ |
| Pasto | Kevin | | Kisler | 3201 | Dewey | Ave | Rochester | 14616 | Church | 663-3000 | Bethany Presbyterian |
| Rev. | Charles | M. | Roberts | 3233 | W. Ridge | Rd | Rochester | 14626 | Church | 865-3917 | Covenant Orthodox Presbyterian |
| | | | | | | | | | Church | 225-6533 | John Knox Presbyterian |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Rev. | Tim | Bush | | Long Pond | Rd | Rochester | 14612 | Church 227-4910 | Lakeview Community |
| Rev. | Vincent | DiPaola | 30 | PO 406 | Rd | Rochester | 14515 | Church 392-5253 | Lakeshore Community |

*(handwritten annotations)* Pastor — Herb – Lawrence — Pastor — Pastor — 3651 Lake Rd — Lake Shore —

MasterPeopleList Query

| Title | FirstName | Mid | LastName | HouseNum | StreetName | StreetN | PostalCity | ZipCode | Company | Category |
|-------|-----------|-----|----------|----------|------------|---------|------------|---------|---------|----------|
| Rev. | Jeanne Mar | | Jongen | 1555 | Long Pond | Rd | Rochester | 14626 | Park Ridge Spir | Church |
| Rev. | David | | Stewart | 3177 | Latta | Rd Bo | Rochester | 14612 | Destiny Prepar | Church |
| Rev. | George Lee | | McKnight | PO Box 2 | | | Rochester | 14626 | New Way Chris | Church |
| Rev. | Gary | | Pfeiffer | 36 | Heritagewoods | Ct | Rochester | 14615 | Morning Star C | Church |

10/2/2006

Exhibit C



# TOWN OF GREECE

One Vince Tofany Boulevard • Greece, NY 14612
Tel: (585) 225-2000 • Fax (585) 723-2459
www.greeceny.gov

John T. Auberger
Supervisor

June 20, 2007

Scott A. Forsyth, Esq.
Forsyth and Forsyth
30 West Broad Street
Rochester, New York 14614

Dear Mr. Forsyth:

I am writing in response to previous correspondence with Greece Town Attorney Raymond
DiRaddo regarding prayers being said before the start of Town Board meetings.

As you know, the Greece Town Board opens its meetings with a prayer from a Greece clergy
member seeking divine guidance in the decisions the board makes. We do not request our
invited clergy to advance any particular faith or denomination. The Town does not control
the content of the prayers given, nor does it place restrictions or guidelines on these prayers.
The board believes such control would inhibit religious freedom and freedom of speech, both
rights protected by the constitution.

We invite Greece clergy from a list provided in the Greece Post on a rotating basis. While it
has never been requested, if someone from a faith not listed in the Greece Post requested a
prayer led by someone of their faith, we would make an effort to accommodate that request.

It is therefore the Town's position that we are not advancing any religion or giving
preference to any one faith over another. Accordingly. It is our intent to continue our current
practice.

Sincerely,

John T. Auberger
Supervisor

Exhibit D

# RELIGIOUS SERVICES DIRECTORY

## ABUNDANT LIFE WORSHIP CENTER
"Where the Holy Spirit Makes the Difference"
124 Railroad Avenue, Hilton, NY 14468 • 637-0583
in the Village of Hilton off East Avenue
Website: www.hiltonalwc.org
Rev. Jonathan Lowden, Pastor

SUNDAY MORNING SERVICE
10:00 A.M.   Prayer
10:30 A.M.   Worship Service
& Children's Church
Nursery Care Available
After service - Refreshments & Fellowship

GROWING OPPORTUNITIES
7:00pm Wednesday Evening Bible Studies

OUTREACH MINISTRY
Food cupboard - please contact the church

We invite You to Join Us
Our Church is Handicap Accessible
Knowing, Loving & Serving Christ Jesus

## ALDERSGATE UNITED METHODIST CHURCH
4115 Dewey Avenue • 663-3665
We're a place to say come alive with us
Anne O'Connor, Pastor
Gerald Wolter, Pastor of Visitation/Membership Care
Jane Gustken, Education Coordinator
Philip Vilocki, Youth Director

SUNDAY SERVICES
9:30 A.M. Contemporary Worship & Christian
Education for all ages
11:00 A.M.   Traditional Worship
& Junior Church (Grades K-5)
Nursery Care: All Morning

HIGH SCHOOL YOUTH GROUP: 6:00-8:00PM, Tuesdays
MIDDLE SCHOOL YOUTH GROUP: 6:30-8:00PM
alternate Fridays
Small Group Ministries throughout the week
AA Meetings Daily
GA Meetings Friday

Handicapped Accessible, Baptisms and Devices
for Hearing Impaired, Summer Air Conditioning

## BAHÁ'Í FAITH
Greece-Hilton-Parma Communities
Oneness of God - Oneness of Religion
Oneness of Mankind from the Teachings of Bahá'u'lláh
For Times and Places of Announcement Talks,
Firesides, Events, etc. Please Write or Call:
Greece: Bahá'í Faith, P.O. Box 385, N. Greece, NY 14515
1-800-22-UNITE
"The Earth is but One Country and Mankind its Citizens" - Bahá'u'lláh

## BETHANY PRESBYTERIAN CHURCH
"We're Growing & Walking in the Spirit!"
3000 Dewey Avenue
Phone: 663-3000 • Fax: 663-9325
email: bethanypres@frontiernet.net
www.bethanypresbyterian.org

Rev. Janice Fitzgerald, Interim Pastor
Rev. Alice McConnell, Interim Associate Pastor
Dr. Gary Pease, Director of Music Ministries
Jane Lutri, Youth leader

SUMMER WORSHIP: 10:00 A.M.

Sunday Group Activities • Crib and Toddler Childcare
Building Accessible to the Handicapped
Sanctuary Equipped for the Hearing Impaired
Young At Heart Senior Center - 336-4347
Bethany Academy of Music infants - 6 years - 621-4695

## CHRISTIAN BIBLE CHURCH
518 North Greece Road (1/8 mile north of Latta Road)
392-3871
Pastor Jack Pass
Website: freesalvation.com

We are an independent, nondenominational, born again,
dispensational, 1611 King James Bible believing church

SUNDAY MORNING SERVICES
9:15 A.M. • 9:45 A.M.  Family Bible Study
10:00 A.M.   Family Worship Service

WEDNESDAY EVENING SERVICE:
7:00 P.M.   Adult and Children's Bible Study
NURSERY PROVIDED AT 10:00 AND 7:00 SERVICES

If you are looking for a church:
Where  salvation is believed to be the "Free Gift" of God
by the shed blood of Jesus Christ through His
death, burial and resurrection?
Where  the Word of God is preached to build you up and
edify you, instead of tear you down to be guilt
ridden, rebukes and hopeless?
Where  you can have assurance of your salvation
through the dispensational teaching of the Word
of God, rightly divided? (II Timothy 2:15)

THEN THE CHRISTIAN BIBLE CHURCH IS FOR YOU

## CHURCH OF ST. JOHN THE EVANGELIST
2400 West Ridge Road
225-6000
Rev. John V. Forni, Pastor
Rev. Peter Bayer, Parochial Vicar
Deacon Paul Vieglio
CELEBRATION OF THE EUCHARIST
SATURDAY:   5:00 P.M.
SUNDAY:   7:30 A.M.; 9:30 A.M. (Choir);
& 11:30 A.M. (Folk)
HOLY DAYS:   Consult the Bulletin or
WEEKDAYS:   Call the Rectory
CONFESSIONS:  Saturdays 3:45 to 4:45 P.M.

## CHURCH OF THE HOLY NAME OF JESUS (ROMAN CATHOLIC)
"A Caring Christian Community"
15 St. Martin's Way, Rochester, NY 14616
(off Stonewood Street Greece)
585-621-4040
Rev. John F. Gagnier, Pastor
Deacon Joseph Pacurar
Marie Merton, Director of Religious Education
Mary Sanchez, Youth Ministry
WEEKEND MASSES:
Saturday 5pm; Sunday 8:30am & 11am
(Liturgy of the Word or Children)
DAILY MASS: Monday-Wednesday at 9am
Thursday-Friday check bulletin
MORNING PRAYER: Thursday-Friday at 9am
BAPTISM: Call office prior to child's arrival
MARRIAGE: Call office 6 months in advance
RECONCILIATION: Saturday 4:10-4:35 P.M. or by appointment
ANOINTING: Personally throughout the year
SHUT-INS/HOSPITAL VISITS: Call Parish Office
EMERGENCIES: 585-202-3573

## DESTINY PREPARATION CHURCH
A multi-cultural, bible-based church.
Pastor Wm. David Stewart
WEGreetertop@messier.rr.com

Exciting Worship – Contemporary Music – Practical Teaching

SERVICES ARE HELD AT:
Autumn Lane Elementary School
2089 Maiden Lane (West of Long Pond Road)
Sunday - Worship Service - 11:00 A.M.
Wednesday - Bible Study - 7:00 P.M.
Special Children's & Youth Ministries
Communion is:
3177 Latta Rd. #135, Greece, NY 14612 • 720-5426
Preparing for our Destiny... Today and Beyond!

## ENGLISH ROAD ALLIANCE CHURCH
A place to find serious answers in your search
for a life of joy and meaning
595 English Road, Greece
(3 Blocks West of Mt. Read Blvd.)
David Bruce Linn, Pastor-Teacher
Adam Eberle, Director of Community Outreach
Charlene Lisum, Director of Communications
For information call: 621-1899 or see www.breaktree.org,
which also contains sermon notes, messages in
MP3 format, and a catalog of Break Free! audio CD's.
SATURDAY:
10:00 A.M.   Break Free! Radio Ministry on 99.7-FM, WZXV
SUNDAY:
9:30 A.M.   Christian Growth Classes (nursery provided)
10:45 A.M.   Coffee and Welcome
10:45 A.M.   Worship (children's church and nursery provided)
Call or visit our web site for up-to-date info on youth
group, children's ministries, home participation groups,
senior group, women's ministries, & prayer meetings.

## THE EPISCOPAL CHURCH OF THE ASCENSION
www.ascensionchurch.org
Lake Avenue at Pinevale Street
(2 Riverside Street) Phone (585) 458-5423

The Reverend Daniel M. Linnenberg – Rector
The Reverend Meam E. Owens – Rector Emeritus
Mark Edwards – Organist and Choir Master
SUNDAY SERVICE
8:00 A.M.   Holy Eucharist Rite I
10:00 A.M.  Holy Eucharist Rite II
Choir following 10:00am Service
SATURDAY SERVICE
5:00 P.M.   For Mass 1st and 3rd Saturday
FELLOWSHIP: Adult Education
Men's Club/Ascension Women's Group
Children's Corner, Dinners
COMMUNITY SERVICES: MERH Program
Alcoholics Anonymous – Sun.
Narcotics Anonymous (Tues.)
Alcoholics Anonymous – Wed.
We Invite You to Join Us for Worship and Nurture.
A Warm Welcome Awaits You.
For more information call the Church Office 585-458-5423

## FIRST BIBLE BAPTIST CHURCH
A Place for People Just Like You
980 Manitou Road • Hilton, NY 14468
Offices at 1029 N. Greece Rd., Rochester, NY 14626
Phone (585) 225-3463 • Fax (585) 225-2740
Rev. George Grace, Senior Pastor
SUNDAY SERVICES:
9:00 A.M. Family & Teen Worship Services
Early Childhood Nurseries
Children's Sunday School (age 2 through grade 6)
Hearing-impaired Ministry
30+ Singles
11:00 A.M.  Family Worship
Early Childhood Nurseries
Children's Sunday School (age 2 through grade 6)
College (age 18-25) and Mid- to (20-35) Singles
6:00 P.M.   Family Worship Service
Childcare Nurseries, infants through age two.
TUESDAY EVENING:
Women's Bible Studies.
10am and 7pm, Sept 25-Nov. 27
Men's Prayer Meeting 8pm
WEDNESDAY EVENING:
6:45 P.M.AM-AM
7:00 P.M.Adult Bible Study
Summer Student Ministry (teens)
Hearing impaired Bible Study
Many other opportunities exist -
please visit our website
at www.fbbc.inc. or call (585) 225-3493

## GREECE ASSEMBLY OF GOD
Together building Lives in the 21st Century
750 Long Pond Road • Rochester, NY 14612
225-5860
Greece Christian School K-Grace 8 • 723-1165
Happy Time Christian Nursery School • 225-2187
www.greeceassembly.com
Rev. Patrick Macenas, Senior Pastor
Rev. Kenneth Marshall, Associate Pastor
Rev. Daniel Aluoto, Youth Pastor
Rev. Robert Galusa, Children's Pastor
Dr. Herbert Palmer, Principal
Patricia Demody, HTCNS Director
SUNDAY:
9:30 A.M.   Sunday School
10:45 A.M.  Morning Worship Service
Church Service on the Deaf
Nursery Care for newborn through 2 years old
Toddler Ministry for ages 3 and 4 years old
God's Bunch for 5 years old and Kindergarten
Kid's Church for 1st through 5th grade
6:30 P.M.   Prayer Service (Nursery Provided)
TUESDAY:
9:30 A.M.   Women in Touch (Ladies Bible Study)
Nursery Care Provided
WEDNESDAY:
7:00 P.M.   School of the Bible
(Four Adult Bible Studies are available)
Nursery Care (Newborn-2)
for (prek Kindergarten)
Rock'n Heroes (Pre-school)
Youth Services for grades 7 through 12
THURSDAY:
10:00 A.M. to Noon: Ladies Bible Study
No child care provided
FRIDAY:
7:00 P.M. Home Bible Studies
Call the church office for more information
Young Adult Ministry for ages 18 - 25 (MOVE)
Monthly Youth Activities for grades 7 - 12

## GREECE BAPTIST CHURCH
"Our House, You're Home"
1230 Long Pond Road, north of Ridge Road West • 225-6160
E-Mail: gbcalive@frontiernet.net • Web Site: www.gbcalive.org
Rev. Steve Grezlj, Senior Pastor
Rev. Robert Jeffers, Associate Pastor
SUNDAY SCHEDULE:
8:00 A.M.   Worship Service
9:45 A.M.   Children's Sunday School
10:45 A.M.  Fellowship Time
11:00 A.M.  Children, Youth and Adult
Christian Education Classes
Nursery Care Provided
Call or visit our website for more information.

## GREECE UNITED METHODIST CHURCH
(Handicap Accessible) 1924 Maiden Lane, Rochester
Phone: (585) 225-1880
www.gbgm-umc.org/greeceumc
Open Hearts Open Minds Open Doors
The Rev. Donald D. Tunt, Pastor
Dee Finch, Nurturing Ministries
Stephanie Zen Barach, Youth Ministries
Sharon Neary, Music Ministries
Jeni Soo Stott, Organist
SUNDAYS SERVICES
8:15 A.M.   Worship Service
9:30 A.M.   Sunday school for all ages
10:45 A.M.  Worship Service
Nursery care provided
Coffee fellowship (after both services)
Noon – 2:00 P.M.   Youth Fellowship

## HOPE LUTHERAN CHURCH
www.onewinandhope.org
"Come Share the Hope Because
Hope Changes Everything"
1301 Vintage Lane, Greece, NY 14626 • 723-4673
Between Rt. 390 and Long Pond Road
Larry B. Skidvoro, Senior Pastor
Kirk D. Svelarc, Associate Pastor
SUNDAY WORSHIP
"Worship that's relevant, creative & truth telling"
8:15 A.M.   Classic Hope
9:45 A.M.   & 11:15 A.M. Hope Alive
(11:15 "Interpreted for the hearing impaired)
Kids of the Kingdom & His Kids at 9:45 A.M. & 11:15 A.M.
Youth Classes 9:45 A.M.
Adult Classes 9:45 A.M. and 11:15 A.M.
(Childcare provided throughout the morning)
WEEKLY FELLOWSHIP OPPORTUNITIES
Impact: Wednesday Evenings (During the School Year)
Family, Women, Men's, Single & Couples Ministries
Jr. and Sr. High Youth Groups
Christian Preschool: Weeksoye

## JOHN KNOX PRESBYTERIAN CHURCH
3233 West Ridge Road • 225-6530
Website: http://www.jkpchurch.org
Rev. Charles M. Roberts, Pastor
Ruth Heinz, Organist/Director of Church Choir
"Our Vision: Share God's Love"
1st   Thursday of the Month
6:30 P.M.   Joyful Praise Service
(Contemporary Worship)
SUNDAY SCHEDULE
8:45 A.M.   Sunday School & Junior Church Classes
(2nd Grace thru Adults)
10:00 A.M.  Traditional Morning Worship Service
Child Care Provided
10:15 A.M.  Sunday School Classes (Pre-K thru 1st
Grade)
Junior Church Hour
11:15 A.M.  Coffee Fellowship
Youth Choir Rehearsal
11:30 A.M. – 1:00 P.M. Junior/Senior High Youth Fellowship
Nursery Care Provided
"Church is Handicap Accessible
Please Call the Church Office for Free Informational Packet

## JOURNEY CHRISTIAN CHURCH
We are a casual and contemporary church
with a serious and life changing message.
3055 Mount Read Boulevard • 865-5505
JourneyOnTheWeb.org
Lead Pastor
John Lorman, Pastor of Family Life and Counseling
Jeffrey Pliger, Pastor of Youth Ministries
Carol Nettleton, Director of Children's Ministry
SUNDAY:
9:00 A.M.   Sunday School for all ages
10:15 A.M.  Worship Service
TUESDAY:
7-8:30 P.M.  Jr. and Sr. High School Bible Study
WEDNESDAY:
6:45-8:30 PM  Children's Clubs
(Treecrimbers, Shockade, Pioneer Girls)
Ready, Set, Go! Preschool

## LAKESHORE COMMUNITY CHURCH
"A Church For People Who've Given Up On Church!"
3651 Latta Road • Rochester, NY 14612 • 392-LAKE (5253)
Vince DiPoala, Senior Pastor
www.lakeshorechurch.org • www.churchcouldbebetter.org
SUNDAY
9 & 11:00 A.M. 1 Hour-10 minute Sunday Service, providing
"Real Encouragement for Real Everyday Living"
Nursery and Children's Classes to Age 10
Jr. High "Revolution" class during services
MONDAY - FRIDAY
7:00 P.M.   Small Group Studies
(For Married, Single, Teens, Men, Women,
First Since in Christ)
WEDNESDAY
7:00 P.M.   "Common Ground" Midweek Service
(on selected Thursdays, call Church Office
or website)
In addition
6:30 PM "The Edge"
Free Information Packet Available: Call 392-5253

## LAKESIDE PRESBYTERIAN CHURCH
"Sharing the Light in Charlotte!"
75 Stutson Street - 14612
Reverend Dane Knaut, Pastor
A warm, welcoming church that has been part of the Charlotte
community for more than 150 years!
SUNDAY
10:00 A.M. Worship
Sunday school/child care available
585-663-0644
www.lakesidecharlotte.org

## LAKEVIEW COMMUNITY CHURCH
Reformed Church in America
30 Long Pond Road (near Edgemere Drive)
Rochester, NY 14612
(585) 227-4910
email: lakeviewcommunity@frontiernet.net
web site: lakeviewcommunitychurch.net
Rev. Timothy B. Bush, Pastor
SUNDAY MORNING SCHEDULE
8:00 A.M.   Contemporary Worship
9:45 A.M.   Sunday School Classes
11:00 A.M.  Praise & Worship
Sunday Worship Schedule for the Summer runs from June
thru August with one worship service ONLY at 9:30 A.M.
OTHER ACTIVITIES:
Tuesday:   Boy Scout Troop 416, Cards (Every 3rd Tue)
Wednesday:  Women's Prayer & Men's Breakfast
Bible Study & Men's Breakfast
Thursday:   Choir Rehearsal
Call For Our Most Recent Listing of Upcoming Activities

## LATTA ROAD BAPTIST CHURCH
Contemporary worship...
Come as you are. Everyone welcomed!
www.lattaroadbaptistchurch.com
email: latta@frontiernet.net
Tel: 585-225-2020
Fax: 585-225-7583
2285 Latta Road, Rochester, NY 14612
(1/8 mile west from Latta & 390 N. Exit,
South side of the road)
Brad Blyth, Senior Pastor
SUNDAY:
8:30 A.M.   Discussion Group for Adults
Children's Classes
10:00 A.M.  Contemporary Worship Service
Nursery & Children's Church provided
11:00 A.M.  Refreshments & Fellowship
6:00-8:00 P.M.  Sr. High Youth Group (Grades 9-12)
TUESDAY:
6:30 P.M.   Home Discussion Group
WEDNESDAY:
6:20-8:00 P.M.  AWANA (age 3 - grace 6 every sep. 19)
6:00-8:00 P.M.  Jr. High Youth Group (Grades 7-8)
THURSDAY:
9:00-9:30 A.M.  Ladies Prayer Time
9:30-11:00 A.M.  Ladies Bible Study
Check our website for weekly Sunday sermons,
as well as the most current listing of upcoming events
including, Family Ministries, Youth Events,
Women's & Men's Ministries.
The senior "Forever Young" (55+) Group
meets once every month.

## LAWSON ROAD CHURCH OF CHRIST
25 Lawson Road
663-0413
Ben Overby, Minister
WORSHIP SCHEDULE:
SUNDAY:
9:30 AM   Bible Class
10:30 AM  Worship
6:00 PM   Worship and Small Groups
WEEKLY ACTIVITIES:
AA meeting, Girl Scouts meeting,
Tuesday night small group
Please call for more information

## THE LUTHERAN CHURCH OF CONCORD
Evangelical Lutheran Church in America
"Gathering, Growing, Going, for the Glory of God"
485 Homad Road • 865-2995
(Just south of Greece-Ridge Mall off Long Pond Road)
http://home.all.net~lrothe/colutheran
SUNDAY WORSHIP
9:00 A.M.   Traditional Morning Service
10:15 A.M.  Christian Education for Everyone
11:00 A.M.  Contemporary Worship
Handicap Accessible

## MESSIAH LUTHERAN CHURCH (E.L.C.A.)
4301 Mount Read Boulevard at English Road
865-1866
www.messiahlutheranchurch.net
Rev. Katherine Neal, Associate Pastor
Rev. David Rossin, Transitional Senior Pastor
Dr. Willie F. LaFavre, Director of Worship and Music
Messiah Lutheran Preschool • 865-6108
SATURDAY:
5:00 P.M.   Contemporary Worship
SUNDAYS:
8:45 & 10:00 A.M.  Traditional Worship,
10:30 A.M.  Sunday school
Nursery Care Provided • Handicap Accessible
Hearing impaired Device
Discover God's Plan for Your Life

For information on this section: call 1-800/724-2099 ext. 247; New listings and changes can be sent or faxed to the attention of Katie Kanauer at: 394-6897, Advertising @ gen-in.messengerpost.com or c/o Messenger Post Media, 73 Buffalo Street, Canandaigua, NY 14424. Deadline is Wednesday at 5pm for publication the following week.

# RELIGIOUS SERVICES DIRECTORY

## MORNINGSTAR CHRISTIAN FELLOWSHIP CHURCH

PO BOX 16638 Rochester, NY 14616
Morningstarcnic.org • 748-6089

We are all called to Declare and Demonstrate the Kingdom of God in practical everyday situations.

Sunday Services held at:
Greece Apollo Middle School
750 Maiden Lane

**SUNDAY SERVICE**
10:00 A.M. • Worship Service @ Apollo Middle
School Nursery : newborn-2 years old
Jr. Church program: for ages 3-7

**TUESDAY TEACHING**
7:00 P.M. • at the "Equipping Center"

**THURSDAY FELLOWSHIP**
7:00 P.M. – Home Fellowship Meetings

Other activities include: monthly men's meetings, women's Bible study, prayer meetings, outreach activities, healing and prophetic ministry

*"Let's do life together"*
Gary W. Pfeiffer, Pastor
John Daby, Music Minister

## NEW TESTAMENT CHRISTIAN CHURCH

*"A Journey to Freedom and Discovery"*
349 North Avenue, Greece, NY 14626
(2/10 mile north of Rt. 104)
(585) 723-1400
Web: NTCC-GREECE.org
e-mail: NTCC@riseservnet.net

James F. Crowley – Pastor
Jim Gunzburg – Small Groups Pastor
Laurie Crowley – Youth Pastor
Pat Zarzentine – Prayer & Worship Pastor
Peg Crowley – Women's Pastor
Donna Forini – Teacher

**SUNDAY SERVICES**
10:00 A.M. Praise and Worship – uplifting contemporary music
Biblical teaching for practical living
Nursery care for newborn through 2 yr olds
Sweet-kids – 3 and 4 yr olds
Kid's church – 5 to 12 yr olds

Alter Service: Refreshments and Fellowship
6:00 P.M.   INSIDEOUT Youth Ministry
Games, food, Fellowship, Life Application
Youth Reo. Room, Pool, PS2, Air Hockey and more

**MONDAY**
6:30 P.M.  JUMP START, Jr. High Ministry
10-12 yr. olds
2nd and 4th Mondays
Games, Prizes, Snacks, Fellowship, Life Application

**TUESDAY**
7:00 P.M.  Youth Small Groups

**WEDNESDAY**
6:30 & 7:00 P.M.  Youth Small Groups
7:00 P.M.   Musicians Ministry

**THURSDAY**
7:00 P.M.  Youth Small Groups
Winowness Center
Specialized courses to see families restored and lives transformed

**FRIDAY**
7:00 P.M.  Youth Small Groups

**SATURDAY**
7:00 A.M.  Men's Prayer Meeting

**DAILY:**  Small Home Group Meetings and many other activities

Free information packet available: (585) 723-1400.

## NEW WAY CHRISTIAN FAITH CENTER CHURCH

A Multi-cultural, Non-denominational Church
Post Office Box 26644
Greece, New York 14626-0644
Rev. George Lee McKnight, Pastor
(585) 225-0244 **newwaychurch@yahoo.com

SERVICES ARE HELD AT:
Creek House Community Center
(off North Greece Rd. one block North of Ridge Rd.)
3000 White Swan Dr.
Greece, NY 14626

**SUNDAY SERVICES:**
9:00 A.M.  Sunday School (where adults and children learn from trained teachers.)
10:00 A.M.  Morning Worship, where we hear the word of God during the service, fellowship with the Saints altar service.

**WEDNESDAY SERVICES:**
6:30 P.M.  Prayer Band, where we P-U-S-H (Pray Until Something Happens). Then we share our testimonies with others. We are eager to hear yours.

7:00 P.M.  Bible Study, where the word of God is taught on your level. We intentionally want you to understand and how God is, what He has already done and what He promises to do for all who believe in His Son and are saved.

**SATURDAY SERVICES:**
6:30 P.M.  Y-O-U-T-H Ministries.
New members orientation, rehearsals.

## OUR LADY OF MERCY CHURCH

36 Armstrong Road • 865-0775

Pastor: Rev. Gary L. Tyman
Pastoral Associate: Deacon Richard Lombard
Faith Formation Coordinator:
Michalè Andrews-Smith,
Music Director: William Costanzo

**REGULAR MASSES:**
SATURDAY: 5:00 P.M.
SUNDAY: 7, 8:30 A.M., 10:00 A.M. and 11:00 A.M.
(Childcare provided at 10:00 A.M. Mass)
Weekdays and Holy Days as scheduled
SACRAMENT OF RECONCILIATION: Saturday 4:00-4:30 PM

## OUR LADY OF SORROWS CHURCH

5000 Mount Read Boulevard
Rochester, NY 14612

Rev. Alexander H. Bradshaw, Pastor
Rev. Winifred M. Kellner, Sacramental Minister
Leandra Koschoski, Pastoral Associate

MASSES:
SATURDAY:  5:00 P.M.
SUNDAY:  8:00 A.M., 9:30 A.M. and 11:00 A.M.
DAILY:  6:30 A.M. and 8:00 A.M. (Mon. - Wed.)
6:30 A.M. and 5:30 P.M. (Thursday)
8:00 A.M. (Friday and Saturday)
HOLY DAY:  9:00 AM and 5:30 PM
SACRAMENT OF RECONCILIATION: Saturday – 3:30-4:30 PM

## PARK RIDGE FREE METHODIST CHURCH

10 Smack Road (at Long Pond Road)
Rochester, NY • 585-227-0660

Pastors:          Rev. Deano Pulice
Rev. Lawrence W. Sikes
Lay Minister of Music       Joyce Jarvis
Lay Minister of Youth      Lance Michalall
Parish Nursing Director    Kim Ziegler
Pre-School Administrator   Rachel Trisio

**Sunday Services:**
8:45 A.M.  Juice/Coffee Fellowship
9:00 A.M.  Age-level Bible Studies
10:00 A.M.  Worship
Nursery & Children's Church

**Wednesday Ministry:**
6:45 P.M.  Family Night
Nursery/Toddlers
C.L.C. (groups for 4 yrs - 6th grade)
Crossroads (6th - 8th grade)
Powerhouse (9th - 12th grade)
Adult Bible Study Electives

**Other Ministries:**
New Day Christian Pre-School (3 & 4 yr. old classes)
Parish Nursing Ministry
Growth Groups (Home Bible Studies)
*All Are Welcome*

## ST. GEORGE'S EPISCOPAL CHURCH

635 Old Winter Road • Hilton • 392-4099
1 mile east of the village across from Kelly's Farm Market
10:00 A.M. Sunday Worship Service

We serve in the Parma/North Greece area.
We are a community of diverse religious backgrounds.
We accept visitors.

## ST. MARK'S CHURCH

54 Kuhn Road • 225-3710
Father Louis Sirianni, Pastor
Deacon Frank Petrone
Rev. Frederick Bush in residence
CELEBRATION OF THE EUCHARIST:
SATURDAY:  5:30 PM
SUNDAY:  8:30 and 10:00 A.M.; 12 Noon
HOLY DAYS:  8:00 A.M. and 5:30 PM.
WEEKDAYS:  8:00 A.M.
SACRAMENT OF PENANCE:
SATURDAYS:  4:00 - 5:00 PM.

## SHEPHERD'S HEART CHRISTIAN FELLOWSHIP CHURCH

*"Reaching Leaven • Reaching Outward"*
P.O. Box 26256, Rochester, NY 14626
225-4590
www.shcfellowship.org
Ministry Team
Al Haucke, Lead Minister, Prophet
Ron Felts, Pastor
Linc Feal, Teacher- Pastor
Sandra Stadanlick, Pastor

**SCHEDULE OF EVENTS**
SUNDAY:  10:00 A.M. Worship Service
West Ridge School
Sunday School for Children Ages 2-18
Nursery for Children Ages Newborn-2
TUESDAY:  Shepherding Group: Every Tuesday, 7:00 P.M.
WEDNESDAY:  Kids in Christ every 1st & 3rd of the month
6:30 P.M.
SUNDAY:  Breakfast Club every 1st & 3rd week of the month 9:00 A.M. followed by Bible Study
10:00 A.M.

OTHER ACTIVITIES INCLUDE:
Men's & Women's Ministries, Young Adult Ministry, Youth Ministry, Healing and Prophetic Ministry
For more information please call the Church Office.

## TRINITY EPISCOPAL CHURCH

(great place to grow)
3450 Ridge Road near North Avenue

**SUNDAY WORSHIP:**
8:00 A.M.   Holy Communion & Homily
10:30 A.M.  Family Friendly worship with Sunday School
(bvservined Day Care available during service)

**THURSDAY SERVICE:**
Active Teen Youth Group • Monthly Senior Lunch
www.Trinity-greenery.org
(585)225-7848
We invite you to join us in worship, service and fellowship.

## TRINITY CHURCH OF THE NAZARENE

*"Experience the Spirit"*
Rev. Jeff Orr, Pastor
Rev. Stephen Becker, Pastor of Worship
Rev. Kenneth Becker, Pastor of Connect and Visitation
651 Long Pond Road, Rochester, NY • 225-1600
email:nozbestonline.com
Website  www.rocnazarene1.org

**SUNDAY**  8:15 A.M.   Join us for online and onsite
9:45 A.M.  Small groups offered for all ages
10:45 A.M.  Historic service with a blended style of music

Do you work Sunday morning? With no chance for Church?
We offer an evening service.
6:00 P.M.   Fellowship and Informal Worship –
Come as you are

**WEDNESDAY** 7:00 P.M.  Children's Program, Teen Gathering, and Adult Praise & Prayer
Nursery provided for all services
PRESENTING CHRIST-BUILDING CHRISTIAN CHARACTER

## VICTORY COMMUNITY CHURCH

*"Expressing the Heart of God"*
1819 Manitou Road, P.O. Box 26799 • Rochester, NY 14626
352-5334 • www.victorychh.com
Robert J. Carley, Pastor, Overseer of
Rhema Bible Training Center
**SUNDAY:**
10:00 A.M.  Worship Service
Children's Classes and Nursery care provided during
10:00 A.M. service
**WEDNESDAY:**
7:00 P.M.  Bible Classes, Kids Bible Club,
Youth Services
Nursery care provided

Victory Community Church is committed to teaching, training and restoring the body of Christ.
Free information packet available. Call 352-5334

## VICTORY MOUNTAIN CHRISTIAN FELLOWSHIP

A vibrant, Spirit filled, multicultural, non-denominational church
*"Walking in the power of the Spirit and the truth of the Holy Scriptures"*

Pastor, C.F. and Catherine Brown •
Worship Leader, Tamara Marcella
Services being held at:
440 Stone Road
Greece, 14616
• (585) 621-2719 •
Sunday Worship Service 10:00 A.M.
Thursday Praise and Prayer 7:00 P.M.
Other activities include:
Men's Meetings, Women's Ministries, Church Dinners,
Home Fellowship/Bible Study Group
For more information please call the church

## WESLEY UNITED METHODIST CHURCH

*"Our Hearts, Our Minds, Our Doors are Open"*
2000 Dewey Avenue (4 blocks North of 104) • 663-0190

Rev. Alan K. Ford
Vonda Fossitt, Associate Pastor
Darryl Brown, Director of Music Ministries

10:00 A.M.  Sunday Worship
Coffee Fellowship
Sunday School for all ages
Fridays 7-10 P.M.  Teen Center
Vonda Fossitt, Pastor
Nursery Care Provided During
Worship Services & Sunday School
Accessible to the Handicapped • Hearing Impaired Devices

## WEST SIDE BAPTIST CHURCH

(aka Journey Christian Church)

# Exhibit E



**AMERICANS
UNITED**
*for Separation of
Church and State*

518 C Street, N.E.

Washington, D.C. 20002

(202) 466-3234 phone

(202) 466-2587 fax

americansunited@au.org

www.au.org

July 24, 2007

**VIA U.S. MAIL AND FACSIMILE**

John Auberger, Chair
Mike Barry
Bob Bilsky
Jerry Helfer
Richard Antelli
Patricia Anthony, Board Secretary
Town Board
Town of Greece
1 Vince Tofany Boulevard
Greece, NY 14612
Fax: (585) 225-1915

Re:    **Legislative Prayer During Town Board Meetings**

Dear board members:

We understand that all regular meetings of the Town Board begin with a "Moment of Prayer" led by a member of the clergy or a board member, and that, in the last year, many of the prayers were sectarian. For example, at the June 18, 2007, Board meeting, Pastor Patrick Medeirous invoked the name of Christ ("In Christ's name . . ."), and at the April 17, 2007, Board meeting, Pastor Bob Dyjack invoked Jesus ("In Jesus' name . . ."). And Father Alexander Bradshaw's prayer in December 2006 repeatedly mentioned Christ and asked the Board and attendees to "acknowledge the role of the Holy Spirit in our lives." We write to inform you that prayers at Town Board meetings using language specific to any faith are constitutionally impermissible. We therefore ask that you take steps to ensure that any future prayers at Board meetings are nonsectarian.

Although the Constitution does not bar the Board from opening its sessions with prayer, *see Marsh v. Chambers*, 463 U.S. 783 (1983), the U.S. Supreme Court has made clear that legislative prayer is permissible only if it is nonsectarian — in other words, only if it does not use language or symbols specific to one religion. In upholding a state legislature's practice of opening its sessions with prayers that did not contain sectarian language, the Supreme Court emphasized in *Marsh* that "there was no indication that the prayer opportunity has been exploited to proselytize or

*Your voice in the battle to preserve religious liberty*

advance any one, or to disparage any other, faith or belief." *Id.* at 794-95. Subsequently, in *County of Allegheny v. ACLU*, 492 U.S. 573 (1989), the Supreme Court expressly confirmed that sectarian legislative prayer runs afoul of constitutional requirements:

> [T]he Court [has] recognized that not even the unique history of legislative prayer can justify contemporary legislative prayers that have the effect of affiliating the government with any one specific faith or belief. The legislative prayers involved in *Marsh* did not violate this principle because the particular chaplain had removed all references to Christ.

492 U.S. at 603.

In light of these decisions, prayers before legislatures and other representative public bodies that contained sectarian rather than ecumenical and inclusive language have repeatedly been held to be unconstitutional by the federal courts of appeals. For example, in *Wynne v. Town of Great Falls*, 376 F.3d 292 (4th Cir. 2004), the Fourth Circuit ruled that a town council violated the Establishment Clause by opening its sessions with prayers that referred to Jesus. The court explained that invocations that specifically call upon Jesus Christ "are simply not constitutionally acceptable legislative prayer like that approved in *Marsh*. Rather, they embody the precise kind of 'advance[ment]' of one particular religion that *Marsh* cautioned against." *Id.* at 301-02 (alteration in original). Likewise, in *Hinrichs v. Bosma*, 440 F.3d 393, 399, 403 (7th Cir. 2006), the Seventh Circuit ruled against the presentation of sectarian prayers at the beginning of sessions of the Indiana House of Representatives, straightforwardly observing that Supreme Court precedent "preclude[s] sectarian prayer." In *Coles ex rel. Coles v. Cleveland Board of Education*, 171 F.3d 369, 371, 385 (6th Cir. 1999), the Sixth Circuit held that a board of education's practice of opening meetings with prayer was unconstitutional in part because the prayers "were clearly sectarian, with repeated references to Jesus and the Bible." And in *Bacus v. Palo Verde Unified School District Board of Education*, 52 F. App'x 355, 357 (9th Cir. 2002), the Ninth Circuit ruled that a school board's practice of ending prayers with the phrase "in the Name of Jesus" "displays the government's allegiance to a particular sect or creed," violating the principle that "one religious denomination cannot be officially preferred over another." *See also Rubin v. City of Burbank*, 124 Cal. Rptr. 2d 867 (Cal. App. 2002) (holding that references to "Jesus Christ" in prayers that opened city-council meetings were unconstitutional); *cf. Snyder v. Murray City Corp.*, 159 F.3d 1227, 1234 (10th Cir. 1998) ("[t]he genre [of prayer] approved in *Marsh* is a kind of ecumenical activity that seeks to bind peoples of varying faiths together in a common purpose" and "typically involves nonsectarian requests for wisdom and solemnity").

Even *nonsectarian* prayers raise important concerns in communities like the Town of Greece that are home to residents with a variety of religious beliefs. Those prayers do not represent the traditions of many people who subscribe to non-Judeo-Christian beliefs, or who practice no religion; the prayers instead may send a message to these residents that the Board does not represent their interests or welcome their participation in debates over matters of concern to the community. This

2

perception is bolstered by the fact that at the last nineteen Board meetings — held between January 2006 and June 2007 — only Christian clergy have delivered the invocations.

Because the Town Board is a representative body for *all* the town's residents, religious and nonreligious alike, we urge you to consider ceasing the prayers altogether, in order to make all feel equally welcome at board meetings. If, however, you decide to continue your practice of opening meetings with prayer, we ask that you take steps to ensure that the prayers are nonsectarian, as the law requires. Because of the importance of this issue, we ask that you inform us of your plans with regard to this matter within thirty days. Please do not hesitate to contact me at 202-466-3234 or schvey@au.org if you would like to discuss this matter.

Very truly yours,

Aram A. Schvey
Litigation Counsel

3